AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas

FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

APR 17 2019

David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Mayra Escobar-Salazar (1978/MX) | ) Case No. M-19-0865-M |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 2.24 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 2.24 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

Approved by Amy L. Greenbaum
Amy Greenbaum 4/17/2019

Sworn to before me and signed in my presence.

Date: 04/17/2019   4:30 pm

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

## Attachment "A"

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On April 16, 2019, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Anzalduas Port of Entry (POE) in Mission, Texas. CBP Officers (CBPOs) detained Mayra Escobar-Salazar (hereafter ESCOBAR), a citizen of Mexico, while attempting to enter the U.S. with approximately 2.24 kilograms of cocaine concealed within the dash of the vehicle she was driving.

2. On April 16, 2019, CBP received an anonymous call reporting ESCOBAR would be entering the United States, driving a specific vehicle, with drugs concealed within the dash the vehicle.

3. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. ESCOBAR claimed to be traveling from Reynosa, Tamaulipas, Mexico to go shopping in McAllen, Texas. CBPOs referred ESCOBAR and the vehicle to secondary inspection for an intensive examination due to a computer lookout resulting from the anonymous call.

4. During secondary inspection, a CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

5. CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the dash of the vehicle.

6. A physical search of the vehicle revealed a total of two (2) packages concealed within the dash of the vehicle. CBPOs weighed the two (2) packages, which weighed approximately 2.24 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the properties and characteristics of cocaine.

7. HSI Special Agents responded to the Anzalduas POE to assist in the investigation. HSI Special Agents interviewed ESCOBAR, who stated she suspected she was transporting drugs into the United States and was paid for the smuggling event. ESCOBAR admitted to several previous smuggling events.